# United States District Court

_____ DISTRICT OF _____

RICHARD MEYER, Derivatively on Behalf of
Nominal Defendant, SPORTSLINE COM, INC.

V.

MICHAEL LEVY, KENNETH W. SANDERS, GERRY HOGAN,
SEAN MCMANUS, MICHAEL P. SCHULHOF, JOSEPH LACOB,
ANDREW NIBLEY, JAMES C. WALSH, THOMAS CULLEN,
RICHARD B. HORROW, and RUSSELL I. PILLAR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-22889 CIV-GOLD
Magistrate: Judge Simonton

TO: (Name and address of defendant)

Shawn McManus
c/o Susan Lowy, Esq., Viacom, Inc., 1515 Broadway, 51st Floor, New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Marks, Esq., (Florida Bar No: 904279)
Marks & Artau, P.A., 2499 Glades Road, Suite 308, Boca Raton, FL 33431

an answer to the complaint which is herewith served upon you, within _20 DAYS_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE 12/29/03